

# Fourth Court of Appeals
## San Antonio, Texas

January 18, 2022

No. 04-20-00146-CV

**THE MOST REVEREND WM. MICHAEL MULVEY, S.T.L., D.D. BISHOP OF CORPUS CHRISTI,**
Appellant / Cross-Appellee

v.

**BAY, LTD.,**
Appellee / Cross-Appellant

From the 79th Judicial District Court, Jim Wells County, Texas
Trial Court No. 12-09-51494-CV
Honorable Richard C. Terrell, Judge Presiding

# O R D E R

Sitting:    Rebeca C. Martinez, Chief Justice
Patricia O. Alvarez, Justice
Luz Elena D. Chapa, Justice
Irene Rios, Justice
Beth Watkins, Justice
Liza A. Rodriguez, Justice
Lori I. Valenzuela, Justice

On September 29, 2021, appellee/cross-appellant filed a "Motion for Rehearing and for Reconsideration *En Banc*." After consideration, the motion is **DENIED**.

_____
Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of January, 2022.

MICHAEL A. CRUZ, Clerk of Court